# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

138674

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GERALD H. STERNBERG,
      Plaintiff-Appellant,

v

      SC: 138674
      COA: 281521
      Ingham CC: 07-001182-CP

MICHIGAN STATE UNIVERSITY AND
THEIR BOARD OF TRUSTEES; LOU
ANNA K. SIMON, PRESIDENT; RON
MASON, ATHLETIC DIRECTOR; MR.
POTERALA, GENERAL COUNSEL; FRED
POSTON, VICE PRESIDENT FOR
FINANCE AND OPERATIONS, AND
TREASURER; in their official capacities at
Michigan State University, and as individuals;
and DOES 1 THROUGH 100, jointly and
severally,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the January 20, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

Clerk

p0615